**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Fletcher Louis OGLETREE, Jr.,**
**aka Fletcher Louis Ogletree,**
**Defendant—Appellant.**

**No. 03–50272.**

**D.C. No. CR–02–00494–RSWL.**

United States Court of Appeals,
Ninth Circuit.

Submitted May 10, 2004.*

Decided May 19, 2004.

Ronald L. Cheng, Office of the U.S. Attorney, Los Angeles, CA, Gregory A. Lesser, Office of the U.S. Attorney, Riverside, CA, for Plaintiff–Appellee.

Kathryn A. Young, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before CANBY, KOZINSKI and PAEZ, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See*

Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Fletcher Louis Ogletree, Jr. appeals his guilty-plea conviction and 151–month sentence for bank robbery in violation of 18 U.S.C. § 2113(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ogletree has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No supplemental pro se brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the appeal is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

